Case 1:25-cr-00177-ADA   Document 10   Filed 04/01/25   Page 1 of 1

FILED
4/1/2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      CO
         Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>RICARDO HERNANDEZ-HERNANDEZ<br>Defendant | AU:25-CR-00177-ADA<br><br>**INDICTMENT**<br><br>[Ct. 1: 8 U.S.C. § 1326 – Illegal Reentry] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Illegal Reentry**
**[8 U.S.C. § 1326]**

On or about September 20, 2024, in the Western District of Texas, Defendant,

**RICARDO HERNANDEZ-HERNANDEZ,**
aka Ricardo Hernandez-Hernandez,

an alien, was found in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about June 25, 2015, and Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security.

In violation of 8 U.S.C. § 1326.

A TRUE BILL

███████████████

FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: /s/ Michelle E. Fernald
FOR: ALAN M. BUIE
ASSISTANT UNITED STATES ATTORNEY