UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  AU:25-CR-00177(1)-ADA |
| § | |
| (1) RICARDO HERNANDEZ-HERNANDEZ § | |

**ORDER**

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 22, 2025, wherein the defendant (1) RICARDO HERNANDEZ-HERNANDEZ waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) RICARDO HERNANDEZ-HERNANDEZ to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) RICARDO HERNANDEZ-HERNANDEZ's plea of guilty to Count One (1) is accepted.

     Signed this 16th day of May, 2025.

                                          _____
                                          ALAN D ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE